**Opinion issued June 20, 2019**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-18-01075-CV**

———————————

**TEXAS-NEW MEXICO POWER COMPANY, Relator**

**Original Proceeding on Petition for Writ of Mandamus**

## O P I N I O N

Texas-New Mexico Power Company has filed a petition for writ of mandamus asking that we order the trial court to (1) vacate its October 8, 2018 order denying Texas-New Mexico Power Company's Motion to Dismiss for Subject Matter

Jurisdiction and (2) enter an order dismissing the case against it for want of subject-matter jurisdiction.[1]

The petition for writ of mandamus is **DENIED**. Accordingly, we lift the stay of the order issued by this Court on January 29, 2019.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.

---

[1] The underlying case is *Christopher and Sheila Hubbard, et al. v. Texas New Mexico Power Company, Mesa Line Services, LLC*, cause number 2017-64906, pending in the 234th District Court of Harris County, Texas, the Hon. Wesley Ward presiding.